UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUIS ENRIQUE CAMPA,<br>Petitioner,<br>v.<br>MARKWAYNE MULLIN, et al.,<br>Respondents. | Case No.: 26cv3879-LL-AHG<br><br>**ORDER GRANTING PETITION FOR WRIT OF HABEAS CORPUS PURSUANT TO 28 U.S.C. § 2241**<br><br>[ECF No. 1] |

Before the Court is Petitioner Luis Enrique Campa's Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241. ECF No. 1. The Court finds that Petitioner is subject to detention pursuant to 8 U.S.C. § 1226(a), not 8 U.S.C. § 1225. *See Rodriguez Vazquez v. Bostock*, No. 25-6842, --- F.4th --- (9th Cir. July 30, 2026).

Accordingly, **within 48 hours of this Order**, Respondents **SHALL** either immediately release Petitioner or issue a warrant[1] pursuant to 8 U.S.C. § 1226(a) to continue Petitioner's detention. If a warrant is issued, Respondents **SHALL** provide

[1] The warrant must include Petitioner's correct legal name to be valid. *See Rogan v. Los Angeles*, 668 F. Supp. 1384, 1391 (C.D. Cal. 1987).

Petitioner with a bond hearing in accordance with 8 U.S.C. § 1226(a) within **10 days of this Order**, unless Petitioner requests a continuance.

In a bond hearing under 8 U.S.C. § 1226(a), the burden is on the detainee to demonstrate by a preponderance of the evidence that he is not a flight risk or danger to the community. *Rodriguez Diaz v. Garland*, 53 F.4th 1189, 1197 (9th Cir. 2022) (citation omitted).

The Clerk of Court shall enter judgment in Petitioner's favor and close this case.

**IT IS SO ORDERED**.

Dated: August 11, 2026

Honorable Linda Lopez
United States District Judge