# United States District Court

**SOUTHERN DISTRICT OF CALIFORNIA**

Luis Enrique Campa

**Plaintiff,**

**V.**

See Attachment

**Defendant.**

**Civil Action No.** 26-cv-3879-LL-AHG

## JUDGMENT IN A CIVIL CASE

**Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

That Judgment is entered in favor of the Petitioner. This case is hereby closed.

**Date:** 8/18/26

**CLERK OF COURT**
**JOHN MORRILL, Clerk of Court**
By: s/ B. Chandler
B. Chandler, Deputy

# United States District Court

**SOUTHERN DISTRICT OF CALIFORNIA**

(ATTACHMENT)

**Civil Action No.** 26-cv-3879-LL-AHG

Respondents:

Christopher J. LaRose,
Warden of Otay Mesa Detention Center;

Markwayne Mullin,
Secretary of the Department of Homeland Security;

Todd Blanche,
Acting Attorney General, TODD M. LYONS, Acting Director;

Todd M. Lyons,
Acting Director, Immigration and Customs Enforcement;

Jesus Rocha,
Acting Field Office Director, San Diego Field Office